Prepared by State Reporter from Appeal Papers

Judgment of Appellate Division and that of County Court reversed and new trial ordered on the authority of *People* v. *Angelo* (246 N. Y. 451).

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: POUND, J.

---

MARTIN F. HUBERTH et al., Respondents, *v.* MARCON REALTY Co., INC., Appellant, Impleaded with Another.

*Principal and agent — commissions — action to recover broker's commissions for procuring lessee of real property and purchaser of furnishings.*

*Huberth* v. *Reich*, 219 App. Div. 743, affirmed.

(Argued October 19, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 8, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover broker's commission for the procuring of a lease of the Hotel Ponchartrain, 308–310 West Fifty-eighth street, New York city, from the defendant corporation, for a term of twenty-one years, at a rental of $21,500 per year for the first five years, $22,500 per year for the second five years, and $25,000 per year for the remaining eleven years, besides a sale of the furnishings of the hotel for $25,000.

*Harry A. Gordon* and *Irving Gordon* for appellant.

*Harold R. Zeamans* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.